1  **Thomas P. Riley, SBN 194706**
2  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
   **First Library Square**
3  **1114 Fremont Avenue**
4  **South Pasadena, CA 91030-3227**

5  **Tel:  626-799-9797**
6  **Fax: 626-799-9795**
7  **TPRLAW@att.net**

8  **Attorneys for Plaintiff**
9  *G & G Closed Circuit Events, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Zuhua Liu, et al.,<br><br>Defendants. | CASE NO. 5:25-cv-01629-GW-JC<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ZUHUA LIU AND MONTCLAIR SEAFOOD GROUP, LLC.** |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants ZUHUA LIU and MONTCLAIR SEAFOOD GROUP, LLC, that the above-entitled action is hereby dismissed ***with prejudice*** against ZUHUA LIU and MONTCLAIR SEAFOOD GROUP, LLC., and in its **entirety**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: 8/19/25

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

Dated: 8-18-2025

LAW OFFICE OF STEVE LUAN
By: Steve Xiao Ming Luan, Esquire
Attorneys for Defendants
Zuhua Liu and Montclair Seafood Group, Llc.

///
///
///
///
///
///
///

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. On August 19, 2025, I caused a true and correct copy of the foregoing document described as

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ZUHUA LIU AND MONTCLAIR SEAFOOD GROUP, LLC.**
to be served on the parties to this action as follows:

Electronic Service through the Court's Electronic Case Files (ECF) system.

The following counsel currently receive email notices for this case through the ECF system.

**ECF SERVICE LIST**

Mr. Steve Xiap Ming Luan, Esquire
**LAW OFFICES OF STEVE LUAN**
2451 Huntington Drive
San Marino, CA 91108

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 19, 2025          /s/ Leticia Estrada
                                **LETICIA ESTRADA**

///