JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Zahua Liu, et al<br><br>Defendants. | CASE NO. EDCV 25-1629-GW-JCx<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ZAHUA LIU, AND MONTCLAIR SEAFOOD GROUP, LLC |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants ZAHUA LIU and MONTCLAIR SEAFOOD GROUP, LLC that the above-entitled action is hereby dismissed *with prejudice* against ZAHUA LIU and MONTCLAIR SEAFOOD GROUP, LLC*, and in its entirety*.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

**Dated: August 19, 2025**

_____
**HON. GEORGE H. WU,
United States District Judge**